UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BLUE CROSS AND
BLUE SHIELD ASSOCIATION                                              PLAINTIFF

v.                              CASE NO. 3:07-CV-00038 GTE

JOHNNY F. VAN HORN                                                   DEFENDANT

## ORDER

Presently before the Court is Plaintiff's Motion to File Documents Under Seal. On May 1, 2007, the Court stated that if Plaintiff could sufficiently redact the documents it sought to file under seal, it should do so. However, the Court stated that if redacting the documents was not feasible or will not allow consideration of essential relevant provisions of the document, the Court would allow Plaintiff to file the documents under seal for an *in camera* inspection by the Court. The Court directed Plaintiff to inform the Court of its intended course of action, and held the motion in abeyance.

On May 2, 2007, Plaintiff filed its Response to the Motion to Dismiss with a redacted document as an exhibit. Plaintiff has informed the Court that it does not intend to further pursue its Motion to File Documents Under Seal, unless the Court needs to see the remainder of the contract for deciding this motion. Therefore, the motion is denied.

Accordingly,

IT IS THEREFORE ORDERED that Plaintiff's Motion to File Documents Under Seal (Docket No. 8) shall be, and it is hereby, DENIED.

Dated this 3rd day of May, 2007.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE